DAVID SILVER, ESQ. (SBA 312445)
david@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Telephone:  702.462.5973
Facsimile:   702.553.3404

*Attorneys for Zhenjing Kuang*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re DMCA Subpoena to Google LLC, D/B/A YouTube | Misc. Case No.: <br><br> **REQUEST FOR DMCA SUBPOENA TO GOOGLE LLC, D/B/A YOUTUBE PURSUANT TO 17 U.S.C. § 512(H)** |

    Petitioner Zhenjing Kuang ("Petitioner"), through his undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Google LLC, D/B/A YouTube ("YouTube") to identify the alleged infringer at issue, under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The proposed DMCA Subpoena is attached as Exhibit A.

    The DMCA Subpoena is directed to YouTube. YouTube is the service provider to which the subject of the subpoena posted infringing content (the "Content"). The Content was posted on YouTube under the channel "Naughty Monkeys-2118" by the user "@NaughtyMonkeys."

    The Content infringes Petitioner's exclusive rights under copyright law. Petitioner is a popular content creator and Petitioner is pirating Petitioner's videos and using them for the Content despite the videos being originally created and owned by Petitioner, with multiple videos even having Petitioner personally in the videos. *See* Declaration of David Silver dated September 12, 2024 ("DS Decl.").

Petitioner has satisfied the requirements for issuance of a subpoena under 17 U.S.C. § 512(h), namely:

1. Petitioner has submitted a copy of a notification sent by Petitioner or on its behalf under 17 U.S.C. § 512(c)(3)(A) as Exhibit 1 to the Declaration of David Silver;

2. Petitioner has submitted the proposed DMCA Subpoena attached hereto as Exhibit A; and

3. Petitioner, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the DMCA subpoena is sought is to obtain the identity of an alleged infringer, and that such information will only be used for the purpose of protecting Petitioner's rights under Title 17 U.S.C. § 101 *et seq*.

Petitioner respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

Dated this 12th day of September 2024.

**BAYRAMOGLU LAW OFFICES LLC**

By: */s/ David Silver*
DAVID SILVER, ESQ. (SBA 312445)
david@bayramoglu-legal.com
1540 West Warm Springs Road, Suite 100
Henderson, Nevada 89052
*Attorneys for Zhenjing Kuang*