1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re DMCA Subpoena to Google LLC, D/B/A YouTube | Misc. Case No.: <br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR DMCA SUBPOENA TO GOOGLE LLC, D/B/A YOUTUBE PURSUANT TO 17 U.S.C. § 512(H)** |

12

**[PROPOSED] ORDER GRANTING SUBPOENA**

13  This matter comes before the Court upon the Request of Petitioner Zhenjing Kuang
14  ("Petitioner"), along with the Declaration of David Silver, and supporting documents for the
15  signing of a Subpoena directing Google LLC, D/B/A YouTube to produce the identity of entities
16  or persons believed to be infringing on the copyrights of Petitioner.
17  Having considered the Request, Declaration, and all documents submitted in support of
18  the instant Request, the Court finds good cause to issue an order directing the Clerk to issue said
19  Subpoena and it is therefore:
20  ORDERED that the clerk of this Court shall issue the Subpoena for Google, LLC D/B/A/
21  YouTube as sought by Petitioner.
22   DATED: _____          _____
23                                 UNITED STATES DISTRICT JUDGE
24
25