# UNITED STATES DISTRICT COURT

for the

Northern District of California

In re DMCA Subpoena to Google LLC, d/b/a YouTube

_____
*Plaintiff*

v.

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.  4:24-mc-80232-KAW

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      Google LLC, D/B/A YouTube, c/o 1505 Corporation
CSC - LAWYERS INCORPORATING SERVICE

_____
*(Name of person to whom this subpoena is directed)*

☛ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

The name(s), address(es), telephone number(s), e-mail address(es), and other identifying information of the owner of the Naughty Monkeys-2118 channel run by the user @NaughtyMonkeys and the bank details used for Google AdSense payments and any other financial account information for the Naughty Monkeys-2118 channel.

| Place: | Date and Time: |
|---|---|
| 1540 W. Warm Springs Rd., #100, Henderson, NV 89014 | 09/30/2024 10:00 am |

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  September 19, 2024

*CLERK OF COURT*
Mark B.Busby

_____
*Signature of Clerk or Deputy Clerk*

OR

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____, who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).